_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 21, 2018

_____

Arnold L. Graff (NV Bar # 13343)
agraff@aldridgepite.com
Eddie R. Jimenez (NV Bar # 10376)
ejimenez@aldridgepite.com
ALDRIDGE PITE, LLP
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for MTGLQ Investors, LP and its
loan servicer, Rushmore Loan Management
Services, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br>DAVID M. CLEMENTS and<br>SHEELA B. CLEMENTS,<br><br>Debtor(s). | Bankruptcy Case No. 13-52196-btb<br><br>Chapter 11<br><br>**ORDER ON STIPULATION CLARIFYING TREATMENT OF CLAIM UNDER CONFIRMED CHAPTER 11 PLAN AND PROVIDING FOR CURE OF DEFAULT**<br><br>**SUBJECT PROPERTY:**<br>240 Regier Springs Drive<br>Sparks, Nevada 89441 |

The parties having agreed to the terms set forth in the Stipulation Clarifying Treatment of Claim under Confirmed Chapter 11 Plan and Providing for Cure of Default Re: Real Property Located at 240 Regier Springs Drive, Sparks, Nevada, 89441 are bound by the terms of their stipulation, which shall be the Order of this Court. The stipulation, filed on August 16, 2018, as

docket number 199, is hereby approved and made an order of the court.

Respectfully Submitted by:

/s/ *Arnold L. Graff*
ARNOLD L GRAFF
Attorneys for MTGLQ Investors, LP and its loan servicer, Rushmore Loan Management Services, LLC